ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
MICHAEL K. MARRIOTT (CSBN 280890)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 510-970-4836
Michael.Marriott@ssa.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JERSEY JOE BREEDLOVE-O'NEAL II,

Plaintiff,

v.

COMMISSIONER OF SSA,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:25-cv-03099-CKD

**ORDER OF REMAND**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated: May 4, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE